## AFFIDAVIT OF SPECIAL AGENT JOSEPH LOSAVIO, JR. IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, Joseph Losavio Jr, having been duly sworn, do hereby depose and state as follows:

### Agent Background

1. I am a Special Agent with the Department of Health and Human Services, Office of Inspector General, Office of Investigations ("HHS-OIG") and have been so employed since February 2011. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2007, I graduated from Bridgewater State College with a B.S. degree in Criminal Justice. My current duties as an HHS-OIG Special Agent include conducting investigations involving allegations of fraud involving health care benefit programs such as Medicare and Medicaid.

2. I am also a member of HSI's Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes. DBFTF is currently investigating suspected aliens, predominately from the Dominican Republic, who are believed to have obtained stolen identities of United States citizens living in Puerto Rico and used those identities to obtain public benefits which they would not otherwise be eligible to receive, including Massachusetts Registry of Motor Vehicles identity documents, social security numbers, Medicaid, and public housing. Among other things, a comparison of public benefits records revealed numerous identities who received public benefits in Puerto Rico and Massachusetts on or about the exact same date.

### Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint

charging RAFAEL ALCANTARA with Identity Fraud, in violation of 18 U.S.C. § 1028(a)(6).

4.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation, but includes only the information necessary to establish probable cause for the requested complaint and search warrant.

**Probable Cause**

5.     On July 26, 2018, agents entered a multi-family residence at 33 Woodford Street in Dorchester, Massachusetts seeking to arrest JOAQUIN RUIZ MOTA, based on a criminal complaint signed on July 24, 2018 that charged RUIZ MOTA with aggravated identity theft and misuse of a social security number belonging to M.S.C.M. in connection with his filing of an RMV application in the identity of M.S.C.M. on or about January 6, 2014. *United States v. Joaquin Ruiz Mota*, 2018-MJ-2382-MBB.

6.     Upon entering the residence, agents saw an individual who presented an identity document in the identity of M.S.C.M. with a date of birth of xx/xx/1967. Based on that, agents arrested that individual believing him to be JOAQUIN RUIZ MOTA. Agents then took this individual's fingerprints and then ran the fingerprints of this individual purporting to be M.S.C.M through Department of Homeland Security databases. That search returned a match to Alien file number xxx-xx-9545, which is assigned to RAFAEL ALCANTARA, a non-U.S. citizen born on xx/xx/1973. That search also showed that ALCANTARA previously had been removed from the United States on more than one occasion.

7.     I have reviewed the photograph associated with Alien file number xxx-xx-9545, which is associated with the name of RAFAEL ALCANTARA.

## MassHealth Application

8. Prior to arresting the person purporting to be M.S.C.M. on July 26, 2018, agents had obtained and reviewed a MassHealth application submitted in the identity of M.S.C.M. with M.S.C.M.'s date of birth (xx/xx/1967) and SSN xxx-xx-3997.

9. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, elderly adults, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by states and the federal government. MassHealth is the name of the Medicaid Program in Massachusetts.

10. As described immediately above, on or about July 29, 2015, an application for MassHealth benefits was submitted to MassHealth in the identity of M.S.C.M. That July 29, 2015 MassHealth application contained the following documents: (a) a copy of a social security card in the name of M.S.C.M., SSN xxx-xx-3997 and (b) a copy of a document purporting to be a Massachusetts driver's license (number xxxx8178) in the name of M.S.C.M. with a date of birth of xx/xx/1967.[1]

11. I have reviewed two photographs: (1) the photograph associated with Alien file number xxx-xx-9545 in the name of RAFAEL ALCANTARA and (2) the photograph appearing on the document purporting to be a Massachusetts driver's license (number xxxx8178) in the name of M.S.C.M. submitted with the July 29, 2015 MassHealth application. I believe that these

---

[1] While I am not a certified forensic document examiner, I have viewed the document purporting to be a Massachusetts driver's license included with the MassHealth application submitted on or about July 29, 2015. Based on my training and experience, I believe the license contained with the application is counterfeit due to the word "License" being incorrectly spelled as "Licence" on the document. This misspelling appears on the document next to the word "Massachusetts" and under the word "Driver's"

3

two photographs appear to depict the same person.

### Confirmation of a Valid Social Security Number

12.     The Social Security Administration ("SSA") – Office of the Inspector General has confirmed that SSN xxx-xx-3997 was assigned in 1983 to M.S.C.M. with a date of birth of xx/xx/1967 and a place of birth of San Juan, Puerto Rico.

### Photographs of M.S.C.M. and ALCANTARA

13.     The U.S. State Department obtained a copy of a voter registration card from Puerto Rico for M.S.C.M. That voter registration card (a) states M.S.C.M. was born in San Juan, Puerto Rico on xx/xx/1967; (b) notes that his SSN ends in 3997, and (c) contains a photograph of M.S.C.M. from 9/18/2016.

14.     I have examined the photograph on the Puerto Rico voter registration card for M.S.C.M. It is clear that the man depicted in the photograph on the counterfeit Massachusetts license supplied with the July 29, 2015 MassHealth application in the identity of M.S.C.M. is not the same individual as the man depicted in the photograph contained in the Puerto Rico voter registration card for M.S.C.M.

## Conclusion

15. Based on the foregoing, I have probable cause to believe that, on or about July 29, 2015, RAFAEL ALCANTARA knowingly possessed an identification document and authentication feature that is and appears to be an identification document and authentication feature of the United States, which is stolen and produced without lawful authority, and the false identification document is and appears to be issued by and under the authority of the United States, knowing that such document and feature is stolen and produced without lawful authority, in violation of 18 U.S.C. § 1028(a)(6).

Sworn to under the pains and penalties of perjury.

Joseph Losavio Jr
Special Agent, HHS-OIG

Subscribed and sworn before me on July 26, 2018

MARIANNE B. BOWLER
United States Magistrate Judge